For plaintiff: Messrs. Tillinghast & Collins.

For defendant: Henry M. Boss.

John Ketover, d. b. a. Alpine Woolen Co.,
vs.
Harry Freedman et al.

No. 90874.

February 17, 1934.

CARPENTER, J. This is an action to recover damages for the breach of a contract to sell and deliver certain waste. The case was tried before a jury and the jury returned a verdict in favor of the plaintiff in the sum of $870.32.

The defendant filed a motion for a new trial, alleging the usual grounds, and the matter is now before this Court upon said motion.

After careful consideration of the evidence in this case, this Court is not satisfied that substantial justice has been done.

Motion for a new trial granted.

For plaintiff: Morris E. Yaraus.

For defendant: Robinson & Robinson.